HARVEY P. SACKETT (72488)

**SACKETT AND HERRERA**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CURTIS E. RICHARDSON, ) | Case No: 5:11-cv-01332-LHK HRL |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, ) Commissioner, ) Social Security Administration, ) | |
| Defendant. ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a first extension of time of (30) days up through and including Monday, January 23, 2012 in which to e-file his Motion for Summary Judgment.  This extension is necessitated by the number of cases (3) the firm presently has pending before this and other district courts that require briefing.

1

STIPULATION AND ORDER

MELINDA L. HAAG
United States Attorney

Dated: December 15, 2011          /s/
                                  PATRICK W. SNYDER
                                  Special Assistant U.S. Attorney


Dated: December 15, 2011          /s/
                                  HARVEY P. SACKETT
                                  Attorney for Plaintiff
                                  CURTIS E. RICHARDSON


IT IS SO ORDERED.


Dated:  December 16, 2011         *Lucy H. Koh*
                                  HON. LUCY H. KOH
                                  United States District Judge

STIPULATION AND ORDER                    2