HARVEY P. SACKETT (72488)

**SACKETT AND HERRERA**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CURTIS E. RICHARDSON, | Case No: 5:11-cv-01332-LHK HRL |
| Plaintiff, | |
| v. | STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | |
| Defendant. | |

     Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a second extension of time of (7) days up through and including Monday, January 30, 2012 in which to e-file his Motion for Summary Judgment.  This extension is necessitated by the number of cases (2) the firm presently has pending before this and other district courts that require briefing.

1

STIPULATION AND ORDER

1  MELINDA L. HAAG
   United States Attorney

2

3
   Dated: January 19, 2012                     */s/*
4                                              PATRICK W. SNYDER
                                               Special Assistant U.S. Attorney
5

6

7

8  Dated: January19, 2012                      */s/*
                                               HARVEY P. SACKETT
9                                              Attorney for Plaintiff
                                               CURTIS E. RICHARDSON
10

11

12 IT IS SO ORDERED.

13

14
                                               *Lucy H. Koh* (signature)
15 Dated:  January 20, 2012
                                               HON. LUCY H. KOH
16                                             United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

                                    2
   STIPULATION AND ORDER