HARVEY P. SACKETT

**SACKETT AND HERRERA**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408)295-7755
Facsimile: (408)295-7444

Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CURTIS E. RICHARDSON, ) | Case No: 5:11-cv-01332-LHK-HRL |
| ) | |
| Plaintiff, ) | MOTION FOR LEAVE OF COURT |
| ) | TO FILE MEMORANDUM IN EXCESS |
| v. ) | OF TWENTY-FIVE PAGES |
| ) | |
| ) | AND ORDER |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

TO THE DEFENDANT AND HIS ATTORNEY:

PLEASE TAKE NOTICE that Plaintiff moves this court for leave to file his Memorandum in Support of Plaintiff's Motion for Summary Judgment. The length of this Memorandum, which exceeds that permitted by Rule 220-4 of the Local Rules of the United States District Court for the Northern District of California, is necessitated by the lengthy

1

administrative and judicial history of this case, and the concomitant complex number of issues which need to be addressed.

Dated: January 30, 2012

/s/
HARVEY P. SACKETT
Attorney for Plaintiff
CURTIS E. RICHARDSON

IT IS SO ORDERED.

Dated: January 31, 2012

HON. LUCY H. KOH
United States District Judge