HARVEY P. SACKETT (72488)

**SACKETT AND HERRERA**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CURTIS E. RICHARDSON, | ) Case No: 5:11-cv-01332-LHK-HRL |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | ) |
| Defendant. | ) |

Plaintiff's completed Motion for Summary Judgment contains 28 pages. As such, the parties stipulate that Plaintiff shall have a third and final extension of time in which to e-file his Motion for Summary Judgment, so as this court can first act on Plaintiff's Motion to File a Brief in Excess of Twenty-Five Pages. Once this court rules on that motion, Plaintiff will immediately file his Motion for Summary Judgment.

1

STIPULATION AND ORDER

|   |   |
|---|---|
|   | MELINDA L. HAAG<br>United States Attorney |
| Dated: January 30, 2012 | */s/*<br>PATRICK W. SNYDER<br>Special Assistant U.S. Attorney |
| Dated: January 30, 2012 | */s/*<br>HARVEY P. SACKETT<br>Attorney for Plaintiff<br>CURTIS E. RICHARDSON |

IT IS SO ORDERED.

Dated:   January 31, 2012          *[signature: Lucy H. Koh]*

HON. LUCY H. KOH
United States District Judge

2

STIPULATION AND ORDER