HARVEY P. SACKETT (72488)

**SACKETT AND HERRERA**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| CURTIS E. RICHARDSON, | ) | Case No: 5:11-cv-01332-LHK-HRL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner, | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

  Plaintiff's completed Motion for Summary Judgment contains 28 pages.  As such, the parties stipulate that Plaintiff shall have a third and final extension of time in which to e-file his Motion for Summary Judgment, so as this court can first act on Plaintiff's Motion to File a Brief in Excess of Twenty-Five Pages.  Once this court rules on that motion, Plaintiff will immediately file his Motion for Summary Judgment.

1

STIPULATION AND ORDER

```
                                        MELINDA L. HAAG
                                        United States Attorney


Dated: January 30, 2012                 /s/
                                        PATRICK W. SNYDER
                                        Special Assistant U.S. Attorney




Dated: January 30, 2012                 /s/
                                        HARVEY P. SACKETT
                                        Attorney for Plaintiff
                                        CURTIS E. RICHARDSON



IT IS SO ORDERED.



Dated:   January 31, 2012               [signature: Lucy H. Koh]
                                        HON. LUCY H. KOH
                                        United States District Judge
```

STIPULATION AND ORDER

2