1  MELINDA L. HAAG, CSBN 132612
   United States Attorney
2  DONNA L. CALVERT, ISBN 6191786
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   PATRICK WILLIAM SNYDER, CSBN 260690
4  Special Assistant United States Attorney

5       333 Market Street, Suite 1500
        San Francisco, California 94105
6       Telephone: (415) 977-8927
        Facsimile: (415) 744-0134
7       E-Mail: Patrick.Snyder@ssa.gov

8  Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CURTIS E. RICHARDSON, | ) | |
|---|---|---|
| | ) | CIVIL NO. 5:11-cv-01332 (LHK) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION FOR EXTENSION OF TIME AND ~~PROPOSED~~ ORDER** |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of time of 30 days to respond to Plaintiff's Motion for Summary Judgment up to and including April 2, 2012. The response is currently due on March 1, 2012. This extension is being sought because the undersigned attorney for the Commissioner was unable to complete the Commissioner's response within the original time frame due to the unavoidable transfer of assignments from other attorneys and due to discovery deadlines in another matter. This is the Commissioner's first extension request.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

|     |                            |                                                        |
| --- | -------------------------- | ------------------------------------------------------ |
| 1   |                            | Respectfully submitted,                                |
| 2   | Dated: February 29, 2012   | */s/ Harvey Peter Sacket*                              |
| 3   |                            | _____                               |
| 4   |                            | HARVEY PETER SACKET                                    |
|     |                            | (as authorized via email on February 29, 2012)         |
|     |                            | Attorney at Law                                        |
| 5   |                            | Attorney for Plaintiff                                 |

Dated: February 29, 2012

MELINDA L. HAAG
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:

*/s/ Patrick William Snyder*
_____
PATRICK WILLIAM SNYDER
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: March 6, 2012

_____
HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE